UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
JAMES MURPHY, *on behalf of himself and all other*                    :
*persons similarly situated*,                                         :
                                                                      :
                                  Plaintiffs,                         :          24-CV-9380 (JAV)
                                                                      :
                  -v-                                                 :          ORDER
                                                                      :
WELEDA, INC.,                                                         :
                                                                      :
                                  Defendant.                          :
                                                                      X
----------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

        Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

        SO ORDERED.

Dated: December 16, 2024                    _____
       New York, New York                        JEANNETTE A. VARGAS
                                                  United States District Judge