```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

James Murphy, *on behalf of himself and all other persons similarly situated*,

                      **Plaintiff,**

-against-

Weleda, Inc.,

                      **Defendant.**

1:24-cv-09380 (JAV) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to the undersigned for general pretrial management. (Order, ECF No. 7.) The parties (or, if Defendant has not yet appeared, only the Plaintiff) are directed to appear for a telephone conference on Tuesday, March 18, 2025, at 3:00 p.m. to discuss the status of this action. Plaintiff shall be prepared to discuss efforts made to serve Defendant with the Complaint. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:      New York, New York
                March 11, 2025

                                                  _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge