UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

-------------------------------------------------------------X

JAMES MURPHY, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

Case No. 1:24-cv-09380

Plaintiffs,

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

- against –

WELEDA, INC.,

Defendant.

-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and electronic signatures shall be deemed originals for the purpose of filing.

Dated: March ___, 2025

Dated: ~~March~~ *June* **5**, 2025

KAUFMAN DOLOWICH LLP
*Attorneys for Defendant*

_____

Erik E. Sardiña, Esq.
25 Main Street, Suite 500
Hackensack, NJ 07601
201-708-8236

GOTTLIEB & ASSOCIATES PLLC
*Attorneys for Plaintiff*

_____

Jeffrey M. Gottlieb, Esq.
150 E. 18th Street, Suite PHR
New York, NY, 10003
212-228-9795

**SO ORDERED:**

_____

The Honorable Jeannette A. Vargas
United States District Judge

Dated: June 10, 2025

- 9 -